[No. 22149-7-II.    Division Two.   June 3, 1999.]

AMEDEO NAPPI, *Appellant*, v. CHRISTINE NAPPI CAGLE CAMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00319-0, Paula Casey, J., entered June 6, 1997. *Remanded* by unpublished opinion per Armstrong, A.C.J., concurred in by Seinfeld and Houghton, JJ.

[No. 22375-9-II.    Division Two.   June 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. DALE EDWARD BURNS, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 95-2-00319-0, Paula Casey, J., entered June 6, 1997. *Affirmed as modified* by unpublished opinion per Armstrong, A.C.J., concurred in by Houghton and Hunt, JJ.

[No. 22927-7-II.    Division Two.   June 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER A. LAGASA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00327-0, James B. Sawyer II, J., entered January 22, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 23070-4-II.    Division Two.   June 3, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RONNIE DEE THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-01502-2, Roger A. Bennett, J., entered March 13, 1998. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bridgewater, C.J., and Armstrong, J.